## LUMPKIN *vs.* RESPESS, for use.

1. The verdict is supported by the evidence.
2. A continuance was properly refused on the ground that a material witness was absent, when there was no evidence of his having been subpœnaed.
3. A new and distinct party cannot be added to a suit by amendment. Code, §3480.
4. Where a party to a suit has ample opportunity to inform the court of his sickness and obtain a continuance, after verdict in his absence, a new trial will not be granted cn the ground that he was sick, and—not expecting the case to be tried—did not send any affidavit of his sickness    51 *Ga.*, 241 ; 53 *Ib.*, 149; 54 *Ib.*, 660; *59 Ib.*, 83.

SPEER, Justice.

## CRAWFORD *vs.* THE STATE OF GEORGIA.

1. Where an indictment charged a defendant with "breaking and entering the depot of the Savannah, Florida and Western railway, a corporation chartered by said state, doing business under said name," the allegation that the owner was a corporation chartered by said state was mere surplusage and need not be proved.  1 Bish. Crim. Proc., §§234–5 ; 3 McLean, 333; 5 T. Rep., 311 ; 50 *Ga.*, 591.
2. The verdict is supported by the evidence.

SPEER, Justice.

## MILLER *vs.* MEDLOCK.

Where one has a line between her own land and that of another run and marked by processioners and the county surveyor, if she is dissatisfied, she may appeal.   The applicant is included in a reasonable construction of the terms "adjoining land owners" as used in §2390 of the Code.

SPEER, Justice.